Ray T. Toomey, Respondent, *v.* George H. Graf et al., Appellants.

*Toomey* v. *Graf,* 100 App. Div. 512, affirmed.
(Argued January 31, 1906; decided February 16, 1906.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 1, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Robert Cooper* for appellants.

*Delmar M. Darrin* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Gray, O'Brien, Edward T. Bartlett, Werner and Chase, JJ. Not sitting: Hiscock, J.

---

Lucien A. Blanding et al., Respondents, *v.* Isaac M. Cohen, Appellant.

*Blanding* v. *Cohen,* 101 App. Div. 442, affirmed.
(Argued February 1, 1906; decided February 16, 1906.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 18, 1905, affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court.

*Charles L. Hoffman* and *Henry A. Friedman* for appellant.

*Edward P. Lyon* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: Cullen, Ch. J., Gray, O'Brien, Edward T. Bartlett, Werner, Hiscock and Chase, JJ.